UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLIN EFFER,

    Plaintiff,

v.                                                                            CASE NO. 8:20-cv-446-T-23JSS

SCHMITT, INC.,

    Defendant.
_____/

## ORDER

    Collen Effer sues (Doc. 1) under the Fair Labor Standards Act, and the parties move (Doc. 15) for approval of a settlement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). The settlement is "fair and reasonable" and contains no provision offensive to the FLSA. The motion (Doc. 15) is **GRANTED**, the settlement (Doc. 15-1) is **APPROVED**, and this action is **DISMISSED WITH PREJUDICE**. The clerk must close the case.

    ORDERED in Tampa, Florida, on August 6, 2020.

                                                         *[signature]*
                                                   STEVEN D. MERRYDAY
                                            UNITED STATES DISTRICT JUDGE